# Exhibit A

THE LAW OFFICE OF

# Rick S. Cowle, P.C.
18 FAIR STREET
CARMEL, NEW YORK 10512

## **FEE APPLICATION**

**Erlin Almonte Vargas**
**Case no.: 18-22193 (cgm)**
**TOTALS**

|  | Senior-Attorney | Associate | Legal Assistant | Sub-Totals |
|---|---|---|---|---|
| **Loss Mitigation** | $ 2,271.50 | $ 1,105.00 | $ 487.50 | $ 3,864.00 |
| **Motion to Impose Automatic Stay** | $ 808.50 | $ 650.00 | $ 273.00 | $ 1,731.50 |
| **Motions for Relief** | $ 577.50 | $ 877.50 | $ 58.50 | $ 1,513.50 |
| **Motion to Sell** | $ 1,771.00 | $ 1,235.00 | $ 624.00 | $ 3,630.00 |

|  | Total Hours | Total Fees |
|---|---|---|
| **Senior - Attorney Totals** | 14.10 | $ 5,428.50 |
| **Associate Totals** | 11.90 | $ 3,867.50 |
| **Legal Assistant Totals** | 7.40 | $ 1,443.00 |
|  | **Sub-Total** | $ 10,739.00 |
|  | **Travel Fees** | $ 1,182.19 |
|  | **Total Fees** | $ 11,921.19 |
|  | **Expenses** | $ 70.00 |
| **Grand Total** |  | $ 11,991.19 |

THE LAW OFFICE OF
# Rick S. Cowle, P.C.
18 FAIR STREET
CARMEL, NEW YORK 10512
## FEE APPLICATION

**Erlin Almonte Vargas**
**Case no.: 18-22193 (cgm)**
**Loss Mitigation**

RC=Rick Cowle, Esq.
RR = Rebecca Richards, Esq.
LA= Legal Assistant

| DATE | RC/RR/LA | MATTER | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|
| 20-Jun-18 | LA | copied and served Loss Mitigation Request; drafted AOS and filed on ECF. | $195.00 | 0.5 | $97.50 |
| 5-Jul-18 | LA | drafted proposed LM Order and emailed to chambers for signature | $195.00 | 0.2 | $39.00 |
| 6-Jul-18 | LA | received and reviewed signed LMO; saved to file; calendared conference | $195.00 | 0.2 | $39.00 |
| 10-Jul-18 | LA | copied and served LMO; drafted AOS and filed on ECF | $195.00 | 0.5 | $97.50 |
| 8-Aug-18 | RC | received and reviewed Creditor Affidavit - denial letter; internal discussion with RR | $385.00 | 0.3 | $115.50 |
| 15-Aug-18 | RR | emailed lender's counsel re: denial letter filed as Creditor's Affidavit | $325.00 | 0.1 | $32.50 |
| 17-Aug-18 | RC | back and forth emails lender's counsel re: denial filed as creditor affidavit; internal discussions with RR | $385.00 | 0.5 | $192.50 |
| 22-Aug-18 | RC | received and reviewed status letter filed by lender's counsel; internal discussion with RR | $385.00 | 0.2 | $77.00 |
| 2-Oct-18 | LA | reviewed file and drafted LM status letter for atty review; filed on ECF | $195.00 | 0.2 | $39.00 |
| 3-Oct-18 | RC | received and reviewed status letter filed by lender's counsel; saved to file | $385.00 | 0.2 | $77.00 |
| 3-Oct-18 | RR | emailed lender's counsel requesting creditor's affidavit | $325.00 | 0.1 | $32.50 |
| 17-Oct-18 | RR | review of file & court docket ; attended LM status conference; post conference notes added to file | $325.00 | 2 | $650.00 |
| 8-Nov-18 | RC | received and reviewed email with a trial modification offer | $385.00 | 0.2 | $77.00 |
| 26-Nov-18 | LA | received and reviewed letter filed by lender's counsel re: conference - calendared same | $195.00 | 0.1 | $19.50 |
| 27-Nov-18 | RC | received trial modification from lender's counsel; internal discussion with RR | $385.00 | 0.3 | $115.50 |
| 4-Dec-18 | RR | received email from lender's counsel re: trial modification; sent reply email | $325.00 | 0.1 | $32.50 |
| 11-Dec-18 | LA | Emailed Lender's Counsel re: what is needed to proceed with short sale process | $195.00 | 0.1 | $19.50 |
| 14-Dec-18 | RR | received email from lender's counsel re: instructions on how to move forward with short sale | $325.00 | 0.1 | $32.50 |
| 19-Dec-18 | RR | Responded to email from Lender's Counsel re: Short Sale | $325.00 | 0.1 | $32.50 |
| 9-Jan-19 | RR | Emailed Lender's Counsel regarding potential buyer for property; internal discussions with RC | $325.00 | 0.2 | $65.00 |
| 10-Jan-19 | RR | emailed client re: short sale and potential options moving forward | $325.00 | 0.2 | $65.00 |
| 14-Jan-19 | RR | sent email to client re: short sale | | 0.1 | |
| 24-Jan-19 | RR | Responded to email from client regarding beginning the short sale process | $325.00 | 0.1 | $32.50 |
| 30-Jan-19 | LA | Emailed Lender's Counsel regarding short sale through loss mitigation | $195.00 | 0.1 | $19.50 |
| 30-Jan-19 | RR | back and forth emails with lender's counsel regarding short sale review process through the loss mitigation | $325.00 | 0.2 | $65.00 |

| Date | Initials | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 18-Mar-19 | RC | received and reviewed status letter filed by lender's attorney | $385.00 | 0.1 | $38.50 |
| 19-Mar-19 | LA | reviewed file and drafted LM status letter for atty review; filed on ECF | $195.00 | 0.3 | $58.50 |
| 20-Mar-19 | RC | review of file & court docket ; attended LM status conference; post conference notes added to file | $385.00 | 2 | $770.00 |
| 17-Apr-19 | RR | back and forth emails with Lender's Counsel regarding Short Sale process | $325.00 | 0.2 | $65.00 |
| 23-Apr-19 | LA | reviewed file and drafted LM status letter for atty review; filed on ECF | $195.00 | 0.3 | $58.50 |
| 24-Apr-19 | RC | review of file & court docket ; attended LM status conference; post conference notes added to file | $385.00 | 2 | $770.00 |
| 26-Apr-19 | RC | received Order terminating loss mitigation; saved to file | $385.00 | 0.1 | $38.50 |
| 10-Jul-20 | RR | review of file and drafted fee application for atty review | $325.00 | 1 | $325.00 |

|  | Hours | Fees |
|---|---|---|
| **Senior-Attorney Totals** | 5.90 | **$2,271.50** |
| **Associate Totals** | 3.40 | $ 1,105.00 |
| **Assistant Totals** | 2.50 | $ 487.50 |
| **Total Fees for Loss Mitigation** |  | **$3,864.00** |

THE LAW OFFICE OF
# Rick S. Cowle, P.C.
18 FAIR STREET
CARMEL, NEW YORK 10512
## FEE APPLICATION

**Erlin Almonte Vargas**
**Case no.: 18-22193 (cgm)**
**Motion to Impose Stay**

**RC=Rick Cowle, Esq.**
**RR = Rebecca Richards, Esq.**
**LA= Legal Assistant**

| DATE | RC/RR/LA | MATTER | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|
| 12-Jun-18 | RR | meeting with client and drafted Debtor Affidavit; motion to impose stay for review | $325.00 | 2 | $650.00 |
| 12-Jun-18 | RC | reviewed motion; edited | $385.00 | 0.2 | $77.00 |
| 13-Jun-18 | LA | copied and served Motion to impose stay; drafted AOS and filed Motion on ECF | $195.00 | 0.8 | $156.00 |
| 11-Jun-18 | RC | attended motion to impose stay hearing | $385.00 | 2 | $770.00 |
| 12-Jul-18 | LA | emailed proposed order imposing stay to chambers | $195.00 | 0.1 | $19.50 |
| 12-Jul-18 | RC | received and reviewed signed order; saved to file | $385.00 | 0.1 | $38.50 |
| 13-Jul-18 | LA | copied and served Order granting Motion to impose stay; drafted AOS and on ECF | $195.00 | 0.5 | $97.50 |

|  | Hours | Fees |
|---|---|---|
| **Senior-Attorney Totals** | 2.10 | $808.50 |
| **Associate Totals** | 2.00 | $ 650.00 |
| **Assistant Totals** | 1.40 | $ 273.00 |
| **Total Fees for Motion to Impose Stay** |  | $1,731.50 |

THE LAW OFFICE OF
# Rick S. Cowle, P.C.
18 FAIR STREET
CARMEL, NEW YORK 10512
## FEE APPLICATION

**Erlin Almonte Vargas**
**Case no.: 18-22193 (cgm)**
**Motions for Relief (110 Washington & 401 N. Division)**
e

**RC=Rick Cowle, Esq.**
**RR = Rebecca Richards, Esq.**
**LA= Legal Assistant**

| DATE | RC/RR/LA | MATTER | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|
| 31-May-19 | RC | received and reviewed motion for relief | $385.00 | 0.3 | $115.50 |
| 4-Jun-19 | LA | Emailed Client following up on status of short sale | $195.00 | 0.1 | $19.50 |
| 24-Jun-19 | LA | back and forth emails on the status of short sale with client | $195.00 | 0.2 | $39.00 |
| 13-Jul-19 | RC | reviewed file and drafted objection to motion for relief | $385.00 | 0.7 | $269.50 |
| 16-Apr-20 | RR | l/vm for client re: shrot sale | $325.00 | 0.2 | $65.00 |
| 17-Jun-20 | RR | prep for court; attended hearing ; post conference notes added to file | $325.00 | 1 | $325.00 |
| 17-Jun-20 | RR | back and forth emails with bank attorney re: settlment negotiatons | $325.00 | 0.2 | $65.00 |
| 18-Jun-20 | RC | conference call with client & RR re: both motions for relief an d strategy how to move forward | $385.00 | 0.3 | $115.50 |
| 18-Jun-20 | RR | conference call with client & RC re: both motions for relief an d strategy how to move forward | $325.00 | 0.3 | $97.50 |
| 19-Jun-20 | RR | emaield bank attorney re: possible options to settlment MFR - 110 Washingotn St | $325.00 | 0.1 | $32.50 |
| 19-Jun-20 | RR | emailed client re: updates to options with 11 0 Washingotn St | $325.00 | 0.1 | $32.50 |
| 22-Jun-20 | RC | received email from bank atty re: 110 Washington; internal discussions with RR with options moving forward | $385.00 | 0.2 | $77.00 |
| 24-Jun-20 | RR | l/v/m for cliet re: 110 Washington; sent follow up email | $325.00 | 0.1 | $32.50 |
| 29-Jun-20 | RR | sent follow up email to client re: 110 Washinton Street | $325.00 | 0.1 | $32.50 |
| 30-Jun-20 | RR | received email from client re: 110 Washington; internal discussion with RC re: options | $325.00 | 0.3 | $97.50 |
| 1-Jul-20 | RR | sent email to client re: inquiries 110 Wsahingotn | $325.00 | 0.1 | $32.50 |
| 6-Jul-20 | RR | sent follow up email to client re: 110 Washinton Street | $325.00 | 0.1 | $32.50 |
| 10-Jul-20 | RR | sent follow up email to client re: 110 Washinton Street | $325.00 | 0.1 | $32.50 |

|  | Hours | Fees |
|---|---|---|
| **Senior-Attorney Totals** | 1.50 | $577.50 |
| **Associate Totals** | 2.70 | $ 877.50 |
| **Assistant Totals** | 0.30 | $ 58.50 |
| **Total Fees for Motion for Relief** |  | $1,513.50 |

THE LAW OFFICE OF
# Rick S. Cowle, P.C.
18 FAIR STREET
CARMEL, NEW YORK 10512
## FEE APPLICATION

**Erlin Almonte Vargas**
**Case no.: 18-22193 (cgm)**
**Motion for Sell §363(f)**

**RC=Rick Cowle, Esq.**
**RR = Rebecca Richards, Esq.**
**LA= Legal Assistant**

| DATE | RC/RR/LA | MATTER | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|
| 29-Aug-19 | RR | reviewed file and drafted motion to sell property pursuant to § 363(f) | $325.00 | 1.5 | $487.50 |
| 29-Aug-19 | RC | reviewed motion and made edits | $385.00 | 0.2 | $77.00 |
| 29-Aug-19 | LA | compiled exhibits; copied and served motion; drafted AOS and filed motion on ECF | $195.00 | 1 | $195.00 |
| 30-Aug-19 | LA | copied and served to additional creditors; drafted supplemental AOS; filed on ECF | $195.00 | 0.2 | $39.00 |
| 23-Oct-19 | RC | received and reviewed objection to motion | $385.00 | 0.3 | $115.50 |
| 28-Oct-19 | RR | reviewed objection and drafted reply to objection | $325.00 | 1 | $325.00 |
| 28-Oct-19 | RC | made edits to reply | $385.00 | 0.1 | $38.50 |
| 28-Oct-19 | LA | copied and served reply; drafted AOS; filed motion on ECF | $195.00 | 1 | $195.00 |
| 30-Oct-19 | RC | prep for court; attended hearing ; post conference notes added to file | $385.00 | 2 | $770.00 |
| 1-Nov-19 | RR | emailed client with the outcome of court | $325.00 | 0.1 | $32.50 |
| 14-Nov-19 | RR | emailed judge's chambers proposed order authorizing sale | $325.00 | 0.1 | $32.50 |
| 26-Nov-19 | RR | emailed client with update | $325.00 | 0.1 | $32.50 |
| 4-Dec-19 | RC | drafted status report | $385.00 | 0.1 | $38.50 |
| 10-Dec-19 | RC | received signed order and saved to file | $385.00 | 0.1 | $38.50 |
| 16-Dec-19 | RR | drafted Application for compensation for real estate attorney | $325.00 | 1 | $325.00 |
| 16-Dec-19 | LA | copied and served application; drafted AOS; filed application on ECF | $195.00 | 1 | $195.00 |
| 26-Feb-20 | RC | prep for court; attended hearing ; post conference notes added to file | $385.00 | 2 | $770.00 |

| | Hours | Fees |
|---|---|---|
| **Senior-Attorney Totals** | **4.60** | $ **1,771.00** |
| **Associate Totals** | **3.80** | $ **1,235.00** |
| **Assistant Totals** | **3.20** | $ **624.00** |
| **Total Fees for Motion for Sell §363(f)** | | **$3,630.00** |

THE LAW OFFICE OF
# Rick S. Cowle, P.C.
18 FAIR STREET
Case no.: 18-22193 (cgm)
## **FEE APPLICATION**

**Erlin Almonte Vargas**
**Case no.: 18-22193 (cgm)**
**Travel Time**

**RC = Rick Cowle, Esq.**
**RR = Rebecca Richards, Esq.**

| DATE | RC/RR | MATTER | RATE (billed at 50%) | HOURS | CLIENTS | TOTAL* |
|---|---|---|---|---|---|---|
| 11-Jul-18 | RC | Motion to Impose Stay Hearing (round trip travel to Federal Courthouse) | $192.50 | 1.5 | 1 | $ 288.75 |
| 17-Oct-18 | RR | Loss Mitigation Status Conference (round trip travel to Federal Courthouse) | $162.50 | 1.5 | 1 | $ 243.75 |
| 20-Mar-19 | RC | Loss Mitigation Status Conference (round trip travel to Federal Courthouse) | $192.50 | 1.5 | 1 | $ 288.75 |
| 24-Apr-19 | RC | Loss Mitigation Status Conference (round trip travel to Federal Courthouse) | $192.50 | 1.5 | 4 | $ 72.19 |
| 30-Oct-19 | RC | Motion to Sell & Motion for Relief Hearing (round trip travel to Federal Courthouse) | $192.50 | 1.5 | 2 | $ 144.38 |
| 26-Feb-20 | RC | Application for Compensation for Special Counsel Hearing (round trip travel to Federal Courthouse) | $192.50 | 1.5 | 2 | $ 144.38 |

|  | Hours | Fees |
|---|---|---|
| **Senior - Attorney Totals** | 5.36 | $ 938.44 |
| **Associate Totals** | 1.57 | $ 243.75 |
| **Total Fees for Travel** |  | **$ 1,182.19** |

*Total divided among the undersigned's clients who have hearings scheduled on said date

THE LAW OFFICE OF
# Rick S. Cowle, P.C.
18 FAIR STREET
CARMEL, NEW YORK 10512
## **FEE APPLICATION**

**Erlin Almonte Vargas**
**Case no.: 18-22193 (cgm)**
**Expenses**

| Date | Matter | Expense | Amount |
|---|---|---|---|
| 30-Jun-20 | Motion for Relief - 401 N. Division | Court Call Solution Fee (divided by 1 client) | $ 70.00 |

**TOTAL EXPENSES =** $ 70.00